UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20574-CIV-JORDAN

LENNAR CORPORATION, a Delaware
Corporation, and LENNAR HOMES OF
CALIFORNIA, INC., a California Corporation,

    Plaintiffs,

vs.

BRIARWOOD CAPITAL, LLC, a Delaware
Limited Liability Company, and NICOLAS
MARSCH III, a California Individual, BARRY
MINKOW, a California Individual, FRAUD
DISCOVERY INSTITUTE, INC., a California
Corporation, and DOES 1-10, inclusive,

    Defendants.
_____/

## LENNAR PLAINTIFFS' RESPONSE TO DEFENDANT BRIARWOOD CAPITAL, LLC'S SUGGESTION OF BANKRUPTCY

Plaintiffs Lennar Corporation and Lennar Homes of California, Inc. ("Lennar") hereby respond to the "Suggestion of Bankruptcy" filed by Defendant Briarwood Capital, LLC ("Briarwood") on February 24, 2010.

On February 23, 2010, defendant Briarwood Capital, LLC filed a petition for relief under Title 11, USC, in the US Bankruptcy Court for the Southern District of California. On February 24, 2010, Briarwood filed a suggestion of bankruptcy taking the position that the entire action against defendants Briarwood Capital, LLC, Nicolas Marsch III, Barry Minkow, and the Fraud Discovery Institute, LLC "has been stayed by the operation of Title 11 USCA section 362."

However, section 362 applies <u>only</u> to claims against the debtor; it does <u>not</u> operate to stay claims against non-debtor entities. 11 U.S.C. sec. 362; *In re Chugach Forest Products, Inc.*, 23 F.3d 241, 246 (9th Cir. 1994) ("As a general rule, [t]he automatic stay of section 362(a) protects only the debtor, property of the debtor or property of the estate. It does not protect non-debtor parties or their property. Thus, section 362(a) does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.") (citation omitted); *U.S. v. Dos Cabezas Corp.*, 995 F.2d 1486, 1491-93 (9th Cir. 1993) (same); *McCartney v. Integra Nat'l Bank North*, 106 F.3d 506, 509 (3d Cir. 1997) ("[I]t is universally acknowledged that an automatic stay of proceedings accorded by § 362 may not be invoked by entities such as sureties, guarantors, co-obligors, or others with a similar legal or factual nexus to the . . . debtor."); *In re Lockard, 884 F.2d 1171* (9th Cir. 1989) (automatic stay did not prevent an action against a surety on a contractor's bond); *In re Advanced Ribbons and Office Prods., Inc.*, 125 B.R. 259 (9th Cir. BAP 1991) (creditor can proceed against a shareholder in the debtor who pledged stock in the debtor without violating the automatic stay); *Seiko Epson Corp. v. Nu-Kote Int'l, Inc.*, 190 F.3d 1360 (Fed. Cir. 1999) ("courts have 'disaggregated' the proceedings so that claims against co-defendants who are not under the protection of the bankruptcy court may go forward, as well as claims for which stay is unnecessary to protect the debtor."); *Adams v. Freel*, 409 So. 2d 1176 (Fla. 5th DCA 1982) (plaintiffs permitted proceed against non-debtor in litigation where complaint also named another defendant that later filed bankruptcy and filed a suggestion of bankruptcy with the trial court).

Respectfully submitted,

**DUBBIN & KRAVETZ, LLP**
Samuel J. Dubbin, P.A.
1200 Anastasia Avenue
Suite 300
Coral Gables, Florida 33134
Telephone: (305) 357-9004
Facsimile: (305) 371-4701
Email: sdubbin@dubbinkravetz.com

and

**O'MELVENY & MYERS LLP**
Daniel Petrocelli, Esq.
David Marroso, Esq.
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067
Telephone: (310) 246-6850
Facsimile: (310) 246-6779
Email: dmarroso@omm.com

By: _____
Samuel J. Dubbin, P.A.
Florida Bar No. 328189

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2010, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will send notification of such filing to the indicated counsel of record, and that I have also served all of the counsel below by U.S. mail and electronic mail.

--- Alvin E. Entin, Esq., Entin & Della Fera, P.A., Auto Nation Towers, Suite 1970 110 Southeast Sixth Street, Fort Lauderdale, FL 33301 (CM/ECF);

--- Josh Entin, Esq., Rosen Switkes & Entin, P.L., 407 Lincoln Road, Penthouse SE Miami Beach, FL 33139 (CM/ECF);

--- Scott M. Dimond, Esq., Lorenz M. Prüss, Esq., Sharlene Y. Escalera, Esq., Dimond Kaplan & Rothstein, P.A., 2665 South Bayshore Dr., PH-2B, Miami, FL 33133 (CM/ECF);

--- Michelle B. Baker, Esq., b|r Law Group, LLP, North Trust Building, 4370 La Jolla Village Dr., Suite 670, San Diego, CA 92122;

--- Todd E. Macaluso, Esq., Macaluso & Associates, LLC 2100 Palomar Airport Road, Suite 214, Carlsbad, CA 92011.

By: _____
Samuel J. Dubbin, P.A.