

SAMUEL J. DUBBIN, P.A.
DIRECT (305) 357-9004
sdubbin@dubbinkravetz.com

March 2, 2010

The Honorable Adalberto Jordan
United States District Court
Southern District of Florida
400 N. Miami Avenue
Miami, Florida 33130

Re: *Lennar Corporation & Lennar Homes of California vs. Briarwood Capital, LLC, et al.*; Case No. 10-20574-CIV-Jordan

Dear Judge Jordan:

This litigation was initiated in September 2008 in the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida by Plaintiffs Lennar Corporation and Lennar Homes of California, Inc. ("Lennar"). It was removed from State Court on February 24, 2010, by Defendant Briarwood Capital, LLC's ("Briarwood") after Briarwood filed a petition under chapter 11 in the Bankruptcy Court for the Southern District of California, which occurred on February 23. Other defendants in this case are Briarwood's principal Nicolas Marsch III (who also filed for bankruptcy last week) and Barry Minkow and Fraud Discovery Institute, Inc. ("FDI"). At the time of removal, this case was set for trial on the State Court's trial calendar beginning August 16, 2010.

One of the issues before the State Court at the time of removal was Lennar's motion for terminating sanctions against the two non-bankrupt defendants, Minkow and FDI. The Court had entered a briefing schedule on February 18 requiring Lennar's final reply to be filed on or before February 26. Rather than miss a court-ordered deadline, in an abundance of caution, we filed the reply docketed as DE 10 with this Court on that date.

The defendants who filed for bankruptcy have applied to the Bankruptcy Court to extend the "automatic stay" to the non-filing defendants Minkow and FDI. A hearing on that application is scheduled for March 11 and the parties have stipulated that neither will take any action in the Florida proceedings until the Bankruptcy Court rules on the application. Once the stipulation is finalized, we will file a copy with the Court.

Respectfully,

Samuel J. Dubbin, P.A.

Samuel J. Dubbin, P.A.

cc: Alvin Entin, Esq. (via email)
Joshua Entin, Esq. (via email)

Michelle Baker, Esq. (via email)
Scott Dimond, Esq. (via email)
Todd Macaluso, Esq. (via email)
Daniel Petrocelli, Esq. (via email)
David Marroso, Esq. (via email)